**Order entered May 14, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00626-CV

## GOLDEN PEANUT COMPANY, LLC  D/B/A GOLDEN PEANUT AND TREE NUTS, Appellant

### V.

## GIVE AND GO PREPARED FOODS CORP., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13535**

# ORDER

Before the Court is appellant Golden Peanut Company, LLC d/b/a Golden Peanut and Tree Nuts's May 1, 2019 "Motion for Leave to File Reply to Appellee's Supplemental Brief. After due consideration, that motion is **DENIED**.

/s/    CORY L. CARLYLE
        JUSTICE